# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

EDGAR JOSE DUARTE and
RAMON PERDOMO

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4069-SNOW

I the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 5, 2000__ in __Broward__ County, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense) (describe)

intentionally possess with intent to distribute a controlled substance and did distribute a quantity of cocaine, a Schedule II controlled substance, and conspired to possess and distribute a quantity of cocaine with intent to distribute a Schedule II controlled substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

I further state that I am a(n) __Special Agent, Drug Enforcement Admin.__ and that this complaint is based on the following facts:

Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
Jeffrey Kallal, Special Agent
Drug Enforcement Administration

The Court finds probable cause.
Sworn to before me, and subscribed in my presence,

April 6, 2000                                           at  Fort Lauderdale, Florida
Date                                                        City and State

LURANA S. SNOW, CHIEF
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                          Signature of Judicial Officer

AFFIDAVIT

I, Jeffrey G. Kallal, being duly sworn, depose and state:

1. I am a Special Agent employed by the United States Drug Enforcement Administration (DEA), assigned to the Miami Field Division, Group One, Miami, Florida, and have been so employed for approximately two (2) years and six (6) months. During the course of my employment with the DEA, I have graduated from DEA's Basic Agent School, received specialized training in narcotics and dangerous drug enforcement, and have participated in numerous narcotics and money laundering investigations.

2. In connection with this investigation, I have spoken with and received reports of other law enforcement agents. This affidavit is based upon the results of my own participation in this investigation as well as that of other law enforcement agents and is just a synopsis of the evidence gathered to date to establish probable cause.

3. Since October of 1999, Edgar Jose DUARTE has met with three other individuals on several occasions to discuss the importation of cocaine from Colombia into the United States.

4. On the night of April 4, 2000 Duarte advised a CI , who has provided reliable information in the past that a ship was coming into Port Everglades on April 5, 2000 with a container and container number holding a box of 28 kilos of cocaine. On April 5, 2000 your affiant picked up the box of cocaine from U.S. Customs at Port Everglades and had the substance in the box field tested

1

and it was positive for cocaine. Your affiant then switched the cocaine in the box with fake cocaine and delivered the box to the CI, who in turn was to meet with Duarte at the Sheraton Hotel on Griffin Road in Dania. On April 5, 2000, your affiant observed at approximately 6:30 p.m., Edgar Jose DUARTE and and a second individual later identified as Ramon PERDOMO arrive at the Sheraton Hotel, located at 1825 Griffin Road, Dania, Florida 33004 and met with the CI in the parking lot. At that time, DUARTE took possession of the box containing the fake cocaine ( later determined to contain twenty-eight (28) kilograms of cocaine) from the CI.

5. Once DUARTE placed the box of cocaine into the rear cargo area of PERDOMO's vehicle, they were arrested without incident by DEA Miami Group One.

Based on the foregoing information, probable cause exists to believe that Edgar Jose DUARTE and Ramon PERDOMO conspired to possess and distributed cocaine, in violation of 21 U.S.C. §841(a)(1) and 846.

AFFIANT FURTHER SAYETH NAUGHT

_____
SPECIAL AGENT JEFFREY G. KALLAL
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn to before
me this 6th day of April 2000.

_____
UNITED STATES MAGISTRATE JUDGE

2