COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: EDGAR JOSE DUARTE (J)   CASE NO: 00-4069-SNOW
AUSA: JEFF KAY (DUTY)   ATTY: _John Demmi_ (temp)
AGENT: DEA   VIOL: 21:846; 841(a)(1)
PROCEEDING I/A ON COMPLAINT   RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED
    BOND SET @
    SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

_Advised of Charges - Temp cnsl present_

_set for PTD hrg._

(Circle One)
Interpreter Request ✓
No Interpreter
Not Known
_Spanish_
(Specify Language)

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:   4-11   10:30   BSS ✓
                         PTD/BOND HRG:         4-11   10:30   BSS ✓
                         PRELIM/ARRAIGN:       4-14   11     BSS ✓
                         REMOVAL HRG:
                         STATUS CONF:

Date: 4/6/00   Time 11:00   FTL/LSS TAPE #00- 020   Begin: 2204   End:

