UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 00-4069-Snow

UNITED STATES OF AMERICA )
          Plaintiff      ) Case Number: CR 60526 001
                         ) REPORT COMMENCING CRIMINAL
    -vs-                 )              ACTION
                         )
Duarte, Edgar Jose       )
          Defendant

*FILED by ___ D.C. APR -7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BCH
    U.S. District Court            (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4-5-00  6:00 am/(pm)

(2) Language Spoken: Spanish & little English

(3) Offense(s) Charged: Consp + Poss cocaine

(4) U.S. Citizen [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: 12-25-68

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S. Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

Amount of Bond: $ PTD Request
Who set Bond: Snow

(7) Remarks: _____

(8) Date: 4/6/00   (9) Arresting Officer: _____

(10) Agency: DEA       (11) Phone: _____

(12) Comments: _____