JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6093 CR-FERGUSON

21 U.S.C. §846
21 U.S.C. §841(a)(1)
18 U.S.C. §2

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

      PLAINTIFF, :

v. :

EDGAR JOSE DUARTE, :
RAMON PERDOMO, and
CAMILO F. GOMEZ, :

      DEFENDANTS. :

### INDICTMENT

The Grand Jury charges that:

### COUNT I

From in or about October 1999, to on or about April 5, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

EDGAR JOSE DUARTE,
RAMON PERDOMO, and
CAMILO F. GOMEZ,

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled

substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about April 5, 2000, at Broward County, in the Southern District of Florida, the defendants,

EDGAR JOSE DUARTE, and
RAMON PERDOMO

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), and 846 and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON


_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

EDGAR JOSE DUARTE
RAMON PERDOMO and
CAMILO F. GOMEZ

CASE NO. 00-6093-CR-FERGUSON
MAGISTRATE JUDGE SNOW

**CERTIFICATE OF TRIAL ATTORNEY***
Superseding Case Information:

**Court Division:** (Select One)

___ Miami       ___ Key West
_X_ FTL         ___ WPB       ___ FTP

New Defendant(s)     Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __NO__
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_        Petty      ___
   II   6 to 10 days     ___        Minor      ___
   III  11 to 20 days    ___        Misdem.    ___
   IV   21 to 60 days    ___        Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No) __YES__
   If yes:
   Magistrate Case No.   __00-4069 SNOW__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of __4/5/00 (Arrest warrant on GOMEZ)__
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes _ No

_____
JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY
FLA BAR. 208035

*Penalty Sheet(s) attached                                              REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: CAMILO F. GOMEZ    No.: 00-6693-CR Ferguson
                                          Magistrate Judge Snow

Count #l:          Conspiracy to possess w/intent to distribute cocaine (21:846)

*Max Penalty:      Term of imprisonment of not less than 10 years' or more than life and/or fine up to $4,000,000.

Count #2:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: EDGAR JOSE DUARTE   No.: 00-6093 CR-Ferguson Magistrate Judge Snow

Count #1: Conspiracy to possess w/intent to distribute cocaine (21:846)

*Max Penalty: Term of imprisonment of not less than 10 years' or more than life and/or fine up to $4,000,000.

Count #2: Possession w/intent to distribute cocaine (21:841(a)(1))

*Max Penalty: Term of imprisonment of not less than 10 years' or more than life and/or fine of up to $4,000,000.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: RAMON PERDOMO    No.: 00-6093-cr Ferguson Magistrate Judge Snow

Count #l:    Conspiracy to possess w/intent to distribute cocaine (21:846)

*Max Penalty:    Term of imprisonment of not less than 10 years' or more than life and/or fine up to $4,000,000.

Count #2:    Possession w/intent to distribute cocaine (21:841(a)(1))

*Max Penalty:    Term of imprisonment of not less than 10 years' or more than life and/or fine of up to $4,000,000.