**DEFT:** Edgar José Duarte (J)#
**CASE NO:** ~~00-4069-LSS~~ 00-6093-CR-Ferguson
**AUSA:** Jeff Kay — present
**ATTNY:** ~~John Demmi~~ Andre Rouviere
**AGENT:**
**VIOL:**
**PROCEEDING:** PTD Hearing/Inquiry re Counsel
**BOND REC:**
**BOND HEARING HELD –** (yes)/no
**COUNSEL APPOINTED:**
**BOND SET @** $150,000 PSB (stipulated)
**CO-SIGNATURES:** wife, brother-in-law, sister-in-law

**SPECIAL CONDITIONS:**
✓ 1) Do not violate any law.
✓ 2) Appear in court as directed.
✓ 3) Surrender and/or do not obtain passports/travel documents.
✓ 4) Rpt to PTS as directed / or ___ x's a week/month by phone; 1 x a week/month in person.
✓ 5) Ran/om urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment. Verifiable
7) Maintain or begin an educational program.
✓ 8) No contact with victims/witnesses.
✓ 9) No firearms.
10) Curfew:
✓ 11) Travel extended to: SD/FL
12) ___ Halfway House ___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

FILED by ___ D.C.
APR 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

1 - Andre Rouviere enters permanent appearance
1 - to sign a waiver of extradition by Monday
1 - sworn
(Circle One) ... Spanish (for only language)
1 - surrendered travel documents in Ct.

**NEXT COURT APPEARANCE:** DATE: TIME: JUDGE:
**INQUIRY RE COUNSEL:**
**PTD/BOND HEARING:**
**PRELIM/ARRAIGN.** ~~or removal~~ 4-14-00  11:00am  ~~BSS~~
**STATUS CONFERENCE:** 4-28-00  11:00  Snow
**DATE:** 4-13-00   **TIME:** 10:30am   **TAPE #** 00-026   **PG #** 1

Recall at 11:00 for arraign
ends 1:00pm
149-1786
Recalled 00-027
1785-1853
13