

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6093-CR-Ferguson

UNITED STATES OF AMERICA

vs

Edgar Jose Duarte

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 4-13-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and c~~ourt-appoin~~ted/retaine counsel of record will be noticed for trial by the District Court Judg assigned to this case. The following information is current as of this date

DEFENDANT:              Address:    SEE BOND

                        Telephone:

DEFENSE COUNSEL:        Name:    Andre Rouviere

                        Address:

                        Telephone:

BOND SET/C~~ONTINU~~ED:    $        150,000 PSB

Bond hearing held: yes  X    no___  Bond hearing set for_____

Dated this  13  day of  April , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: /s/ Arthur Duncan
Deputy Clerk

Tape No.  00-026

cc: Clerk for Judge
    U. S. Attorney