UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: | 00-6093-CR- Ferguson ~~00-4069-SNOW~~ |
| Plaintiff, | JUDGE: | SELTZER |
| VS. | MAGISTRATE: | RECEIVED & FILED IN OPEN COURT ON 4-13-00 AT ___ FLA. Carlos Juenke, Clerk United States District Court Southern District of Florida |
| EDGAR JOSE DUARTE, | | |
| Defendant. _____/ | | |

### NOTICE OF **Permanent** ~~LIMITED~~ APPEARANCE OF COUNSEL

The Law Offices of Andre A. Rouviere, by and through Andre Rouviere, hereby enters an limited appearance as counsel for the Defendant, **EDGAR JOSE DUARTE** for Trial and Appeal purposes, pleas **NOT GUILTY** to the charges against him and demands a Trial by Jury.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand-delivered in open court this __13__ day of April, 2000 to the: Assistant United States Attorneys Office, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394.

LAW OFFICES OF ANDRE A. ROUVIERE
Attorney for Defendant
145 Almeria Avenue
Coral Gables, Florida 33134

By: _____
ANDRE A. ROUVIERE, ESQUIRE