UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6093-Cr-WDF__

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
EDGAR DUARTE,               )
RAMON PERDOMO and            )
CAMILO GOMEZ,               )

NOTICE OF REASSIGNMENT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Powell.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By  _Roger W. Powell_
ROGER POWELL
Assistant U.S. Attorney
Florida Bar No. 341411
500 E Broward Blvd.
Fort Lauderdale, Fl 33394
(954) 356-7255

