HONORABLE MAGISTRATE JUDGE LURANA S. SNOW
STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED by JN D.C.
APR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT  EDGAR JOSE DUARTE          CASE NO: 00-6093-CR-FERGUSON
AUSA  JEFFREY KAY / Bowell       ATTY  ANDRE ROUVIERE  pres
  to WDF
Possible plea — case t/d to ~~later~~   00-0722
2 add'l weeks for motions                @ 1553

DEFT  DANIEL PARKER              CASE NO: 00-6006-CR-DIMITROULEAS(s)
AUSA  ~~DON CHASE~~ Ed Ryan / Mitrani   ATTY  ALBERT LEVIN  in trial
disc out — no pending motions
possible plea.                            @ 1637

DEFT  SHERUDEU ROBINSON          CASE NO: 99-6206-CR-FERGUSON
AUSA  KATHLEEN RICE — pres       ATTY  FPD  Bidwell
to be a change of plea
                                          @ 1664

DEFT  BARON GOODRIDGE            CASE NO: 00-6054-CR-DIMITROULEAS
AUSA  ROBIN ROSENBAUM / Mitrani  ATTY  BOB BERUBE, AFPD  Bidwell
disc out — no pending motion
possible plea                             @ 1695

DEFT  Milton Lynch               CASE NO: 00-6078-CR NCR
AUSA  Lanigan / Mitrani          ATTY  Daryl Wilcox
disc not rec'd
possible plea
5/15 for motions                          @ 2635

DEFT _____            CASE NO: _____
AUSA _____            ATTY _____

DATE  4-28-00                    TIME  11:00