```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
              FORT LAUDERDALE DIVISION


           CASE NO. 00-6093-CR-FERGUSON
```

UNITED STATES OF AMERICA,        :

      Plaintiff,              :

v.                               :

EDGAR JOSE DUARTE,               :

      Defendant.              :



## STATUS REPORT

A status conference was held in this cause on April 28, 2000. At that conference, the parties informed the Court as follows:

1. Discovery was to be sent out on the date of the status conference. Also, there are fifteen Spanish tape recordings which are in the process of being transcribed.

2. Counsel for the defendant shall have until May 15, 2000, within which to file pretrial motions.

3. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this __1st__ day of May, 2000.

                                LURANA S. SNOW
                                UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Roger Powell (FTL)
Andre Bouviere, Esq.