```
00 MAY -9 AM 11: 39
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6093-CR-FERGUSON

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.

EDGAR JOSE DUARTE
  and
RAMON PERDOMO,

    DEFENDANTS.
_____/

### GOVERNMENT'S FIRST SUPPLEMENTAL
### RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this First Supplemental response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, Florida, Suite 700.

            The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to



introduce at trial.

(1) Tape N - 6 -- 11/16/99 - numbered 00111
(2) Tape N - 8 -- 1/5/00 - numbered 00112
(3) Tape N - 10 -- 2/29/00 - numbered 00113
(4) Tape N - 11 -- 3/13/00 - numbered 00114
(5) Tape N - 12 -- 3/21/00 - numbered 00115

The attachments to this response are numbered pages 00111 - 00115. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: *Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Jeff Kallal,
    DEA

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this 8th day of May, 2000 to:

Mr. Andre A. Rouviere
Attorney for defendant Duarte
145 Almeria Avenue
Coral Gables, Fl 33134

Mr. Timothy M. Day
Attorney for defendant Perdomo
Assistant Federal Public Defender
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301

ROGER W. POWELL
ASSISTANT U.S. ATTORNEY