UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6093-CR-FERGURSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

EDGAR JOSE DUARTE, :

    Defendant. :
_____ :

## MOTION FOR A CONTINUANCE OF TRIAL SETTING

The Defendant, EDGAR DUARTE, by and through undersigned counsel and pursuant to Federal Rule 7.1, files this his Motion for Continuance of the Trial Setting and states the following as grounds, therefor:

1. The Defendant was arrested on April 5, 2000 and charged by way of indictment in the above-styled matter.

2. On April 28, 2000 a Status Conference was held in which the Defendant was set for trial on June 5, 2000 with a calendar call schedule for May 30, 2000.

3. As of the Status Conference on May 1, 2000, the Defense had not received any discovery. Discovery was obtained on May 3, 2000 pursuant to the standing discovery order. Discovery included numerous audio tapes which are in Spanish and must be translated.

4. On May 11, 2000, the Defense received an additional set of audio tapes from the government which are also in Spanish and must be translated.

5. The Defense is unable to be ready for trial under the current time frame and moves for a continuance of the matter. The undersigned has made a bonafide effort to contact opposing counsel who is indicated that he has no objection to this continuance.

6. The Defendant is out of custody on a personal assurety bond and will not be prejudiced by the taking of this continuance.

WHEREFORE, the Defendant, EDGAR DUARTE, request the Honorable Court grant his Motion for Continuance of the trial.

Respectfully submitted:

By: _____
ANDRE A. ROUVIERE, ESQUIRE
Attorney for Defendant
LAW OFFICE OF ANDRE A. ROUVIERE
145 Almeria Avenue
Coral Gables, Florida 33134
(305) 446-1200
(305) 444-9249 Fax
Florida Bar No.: 826073

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that at a true and correct copy of the foregoing was mailed this \_\_ day of May, 2000 to:

Mr. Roger W. Powell
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394

Mr. Timothy M. Day
Attorney for Defendant Perdomo
Assistant Federal Public Defender
101 N. E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6093-CR-FERGURSON

UNITED STATES OF AMERICA,       :

    Plaintiff,       :

v.       :

EDGAR JOSE DUARTE,       :

    Defendant.       :
_____ :

## AFFIDAVIT IN SUPPORT OF MOTION FOR CONTINUANCE

BEFORE ME, the undersigned sworn deposes and says:

1. My name is Andre A. Rouviere. I am the attorney for the Defendant, EDGAR DUARTE, in the above-styled matter.

2. That discovery request were made at the time of arraignment in the above-styled matter.

3. Discovery was not received until after the Status Conference on May 3, 2000 which included several audio tapes which are in need of translation.

4. Additional amended discovery was provided in the form of additional audio tapes which are also in need of translation. These tapes were received on May 11, 2000.

FURTHER AFFIANT SAYETH NOT.

                                            ANDRE A. ROUVIERE

STATE OF FLORIDA
COUNTY OF DADE

    Sworn to (or affirmed) and subscribed before me this __17__ day of May, 2000, by ANDRE A. ROUVIERE.

Natalie Ruiz
My Commission CC790685
Expires November 12, 2002

Signature of Notary Public - State of Florida

Natalie Ruiz
Name of Notary Typed, Printed, or Stamped

Personally Known __X__ Or Produced Identification _____
Type of Identification Produced_____