UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6093-CR-FERGURSON

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

EDGAR JOSE DUARTE,    :

    Defendant.    :
_____    :

## MOTION TO PERMIT CHANGE OF RESIDENCE

The Defendant, EDGAR DUARTE, by and through undersigned counsel and pursuant to Federal Rule 7.1, files this his Motion for to permit change of residence within the Southern District of Florida and states the following as grounds, therefor:

1. Defendant is currently on Pretrial release and an One Hundred and Fifty Thousand ($150,000.00) Dollars personal surety bond.

2. The Defendant has notified Pre-Trial Services of his need to move residence as a result of the end of a lease term.

3. Defendant, therefore, request the court to permit the Defendant to change his residence, the Defendant will remain in Dade County.

WHEREFORE, the Defendant, EDGAR DUARTE, request the Honorable Court grant his Motion to Permit Change of Residence.



Respectfully submitted:

By: _____
ANDRE A. ROUVIERE, ESQUIRE
Attorney for Defendant
LAW OFFICE OF ANDRE A. ROUVIERE
145 Almeria Avenue
Coral Gables, Florida 33134
(305) 446-1200
(305) 444-9249 Fax
Florida Bar No.: 826073

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that at a true and correct copy of the foregoing was hand-delivered this 30 day of May, 2000 to:

Mr. Roger W. Powell
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394