UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6093-CR-FERGURSON

UNITED STATES OF AMERICA,              :

    Plaintiff,                             :

v.                                     :

                                        JUN 29 2000

EDGAR JOSE DUARTE,                     :

    Defendant.                            :
_____:

### ORDER GRANTING DEFENDANT'S MOTION TO PERMIT CHANGE OF RESIDENCE

THIS CAUSE having come to be heard on the Defendants Motion to Permit Change of Residence and being otherwise duly advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be , and the same is hereby GRANTED. *PRE-TRIAL SHALL BE INFORMED PROMPTLY AS TO NEW ADDRESS.*

DONE and ORDERED in Chambers at Miami, Dade County Florida, this 28th day of May, 2000.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

cc:    Andre A. Rouviere, Esquire
       Roger Powell, AUSA