SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEP 18 2000

CASE # 00-6093-CR-WPF

DEFENDANT E. Duarte

JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER

DATE September 15, 2000

Court Reporter Paul Haferling

USPO Pearson

AUSA Roger Powell

Deft's Counsel Andre Rouviere, Esq

COUNTS DISMISSED All Others
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment   Years   Months   Counts
                       135       one

Right to appeal

Supervised Release 5 yrs

Probation   Years   Months   Counts

Comments_____

Assessment $ 100.00          Fine $ none

Restitution /Other _____

**CUSTODY**
___ Remanded to the Custody of the U. S. Marshal Service  ___ Release on bond pending appeal
✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 11/10/00

Commitment Recommendation: _____