UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6093-CR-FERGUSON

UNITED STATES OF AMERICA,
         Plaintiff,
vs.

EDGAR JOSE DUARTE, (J)
         Defendant.



**MINUTES**
**CHANGE OF PLEA**

FILED by _____ D.C.
SEP 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D OF FLA FT. LAUD.

    On July 14, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Andre Rouviere, Esq appointed by the Court/retained by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) one of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

    Whereupon:

- ( )     The Court proceeded to pronounce sentence.
- (X)     The Court postponed sentencing until **9/15/00** at 11:30 a.m.,
- ( )     and the defendant was allowed to remain on present bond until then;
- ( )     and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;
- ( )     and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge **Wilkie D. Ferguson, JR.**
Reporter **Paul Haferling**
Clerk **Troy T. Walker**

**THE ORIGINAL OF THIS PLEADING WAS FILED WITH THE CLERK OF COURT ON JULY 14, 2000**

