PS 8
(8/88)
Investigating Agency: DEA

# United States District Court
## for
## SOUTHERN FLORIDA

U. S. A. vs. DUARTE, EDGAR JOSE                Docket No. 00-06093-CR-FERGUSON

### Petition for Action on Conditions of Pretrial Release

COMES NOW <u>JIM NAVARRO PRETRIAL SERVICES OFFICER</u> presenting an official report upon the conduct of defendant <u>JOSE EDGAR DUARTE</u> who was placed under pretrial release supervision by the Honorable <u>BARRY S. SELTZER</u> sitting in the court at <u>Ft Lauderdale</u> on the 13th day of APRIL, 2000 under the following conditions:

- Surrender all passports to Pretrial Services
- Report to Pretrial Services as directed & once a week in person
- Submit to random urine testing by Pretrial Services and/ or treatment as deemed necessary;
- Maintain or actively seek verifiable employment;
- Avoid all contact with victims or witnesses of the crime;
- Refrain from possessing a firearm or dangerous weapon;
- Sign a waiver of foreign extradition; and
- Travel restricted to the Southern district of Florida.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. The defendant failed to report by telephone to Pretrial Services on October 25, 2000 and in person on October 26, 2000, per condition to submit to random drug testing.
2. On October 26, 2000, this officer spoke to the defendant's wife and she advised, the defendant left for work on Sunday, October 22, 2000 and she has not seen or heard from him since that day. She further advised she does not know his current whereabouts.
3. The defendant was sentenced to (135) one hundred thirty-five-month imprisonments as to this case and was allowed to remain on bond, pending voluntary surrender set for November 11, 2000. As of today, it is believed he has absconded from Pretrial Services supervision.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND BE REVOKED, THE ISSUANCE OF AN ARREST WARRANT, AND THAT NO BOND BE SET PENDING FURTHER COURT PROCEEDINGS BEFORE THE DISTRICT JUDGE.

**ORDER OF COURT**
Considered and ordered this _____ day of
_December_, 2000 and ordered filed and made a part of the records in the above case.

HONORABLE WILKIE D. FERGUSON JR,
U. S. District Court Judge

Respectfully,
Jim Navarro
U.S. Pretrial Services Officer

Place    Miami, FL

Date    October 27, 2000