AO 442 (Rev. 12/85) Warrant for Arrest

**United States District Court**
**for the**
**Southern District of Florida**



United States of America
    v
**DUARTE, EDGAR JOSE (60526-004)**
**(w, hisp, m, Dob: 12/25/68)**

## WARRANT FOR ARREST

**Case Number: 00-6093-Cr-Ferguson**

**To: The United States Marshal**
    **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest **EDGAR JOSE DUARTE**
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  **X Order of Court & X Violation Notice**  ☐ Probation Violation Petition

charging him or her with (brief description of offense): **VIOLATION OF BOND CONDITIONS**

in violation of Title ___18___ United States Code, Section(s) __3148 (a)(b)__

Honorable Wilkie D. Ferguson      U.S. District Court Judge (SD/FL)
Name of Issuing Officer      Title of Issuing Officer

_____      October 27 2000/ Ft. Lauderdale
Signature of Issuing Officer      Date and Location

Bail fixed at $ __NO BOND__      by _____
     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |

1/8/01